UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 09-5449 ODW(RCx) | Date | November 13, 2009 |
|---|---|---|---|
| Title | Securities and Exchange Commission v. Diversity Capital Investments, Inc., et al. | | |

Present: The Honorable Otis D. Wright II, United States District Judge

| Raymond Neal | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):  Attorneys Present for Defendant(s):

Not Present  Not Present

**Proceedings (IN CHAMBERS):**   Order to Show Cause re Dismissal for Lack of Prosecution

Plaintiff is ordered to show cause in writing no later than **Monday, November 30, 2009** why this action should not be dismissed for lack of prosecution as to the following defendants: Optimus Fund, Inc.; Joel S. Ley, Jr.; Strong's Capital Investments, Inc.

The Court will consider the filing of the following as an appropriate response to this OSC, on or before the above date:

**1. Plaintiff's filing of a noticed motion for entry of default judgment against the above-named defendants.**

Pursuant to Rule 78 of the Federal Rules of Civil Procedure and L.R. 7-15, no oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff(s) is due. Failure to respond to the Court's order may result in the dismissal of this action.

:  00

Initials of Preparer   RGN