DAVID J. VAN HAVERMAAT (Cal. Bar No. 175761)
E-mail: vanhavermaatd@sec.gov
TERI M. MELSON (Cal. Bar No. 185209)
E-mail: melsont@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Rosalind R. Tyson, Regional Director
Michele Wein Layne, Associate Regional Director
John M. McCoy III, Associate Regional Director
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036
Telephone: (323) 965-3998
Facsimile: (323) 965-3908

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DIVERSITY CAPITAL INVESTMENTS, INC.; DIVERSITY CAPITAL BANCORP DE MEXICO LTD.; STRONG'S CAPITAL INVESTMENTS, INC.; THE OPTIMUS FUND, INC.; DAMIAN MENESES; EDWARD LANTZ FERGUSON, and JOEL S. LEY, JR.<br><br>　　　　Defendants,<br><br>and<br><br>JUAN GALINDO FLORES and SOCORRO TERLIZZI,<br><br>　　　　Relief Defendants. | Case No. CV 09-5449 ODW (RCx)<br><br>**FINAL JUDGMENT AGAINST RELIEF DEFENDANT JUAN GALINDO FLORES [128]** |

Plaintiff Securities and Exchange Commission ("Commission") filed a Motion for Entry of Final Judgment Against Relief Defendant Juan Galindo Flores ("Motion for Final Judgment"), pursuant to Rule 55 of the Federal Rules of Civil Procedure. The Court, having considered the Commission's Motion, the memorandum of points and authorities filed in support of the Motion, the declarations, and all other documents filed in support of the Motion, and all other evidence and argument presented regarding the Motion, finds that:

**I.**

IT IS ORDERED that the Commission's Motion for Final Judgment Against Relief Defendant Juan Galindo Flores is hereby GRANTED.

**II.**

IT IS HEREBY FURTHER ORDERED that relief defendant Flores is liable for disgorgement of $300,000, representing profits gained as a result of the conduct alleged in the Complaint for which he gave no consideration and to which he has no legitimate claim, together with prejudgment interest thereon in the amount of $17,405, for a total of $317,405.  Flores shall satisfy this obligation by paying $317,405 within 14 days after entry of this Final Judgment by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission.  The payment shall be delivered or mailed to the Office of Financial Management, Securities and Exchange Commission, Operations Center, 6432 General Green Way, Mail Stop 0-3, Alexandria, Virginia 22312, and shall be accompanied by a letter identifying Flores as a relief defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to this Final Judgment. Flores shall pay postjudgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.  The Commission shall remit the funds paid pursuant to this paragraph to the United States Treasury.

**III.**

IT IS FURTHER ORDERED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

**IV.**

There being no just reason for delay, pursuant to Rules 54(b) and 55 of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

Dated: January 28, 2011

_____
HONORABLE OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE